United States

    VS

Aaron Olson

        United States Distric Court for The Northern Distric of Iowa

Case Number: 19-CR-2029

Honorable C.J. Williams,

   Your Honor I feel it is nessary to inform you that Mr. Christopher Nathan has violated his clients rights and does not want to defend him ! He should be defending not convicting Aaron Olson. He has been sharing facts with my Husbands Daughter ( Kaylyn Bower ) that he refuses to fill me in on and he was given written permission to tell me. He told her that it " Is Aaron in pictures that have no ones face showing in them. In his doing this he has destroyed my family and turned three siblings against Aaron. Also has created a gap between myself & the children , my husband and I.

   He has no plans on trying to get to the facts of Who, What or Why as he told Kaylyn that Aaron is guilty. In truth this very same thing was done by the same people to another man who unlike Aaron fled to Mexico. Now why has no one questioned this fact ?

   Mr Nathan has told me that he does not want me in court as he claims I am " hostile " . Why should a mother not fight for a fair & just trail for her child ? What ever happened to innocent until proven guilty ?

   Also why would he not use the statements from the psychology study done on Aaron while he was in Cedar Rapids jail ? So many un answered questions ...... Why can we not get a Defence Attorney and not this ASSISIANT Public Defender who passed himself off as The Public Defender who I do believe is James Whalen ?

   Your Honor I know my son and he is a great father and young man he reaches out to help anyone who needs a hand. He Loves his children more than anything in this world and would not hurt them in anyway ! He is caring, loving and has worked hard at each and every thing he does. Yes he has faults all of us do he has disiablities and is hands on smart yet book dumb. Which we have known since he was in the third grade ! He was abused as a child which I was never told about because he was threatened not to tell me. I only just found this out myself

recently also he has seen what I went through mentally and physically. Personally I find it hard to believe he'd of done what I'm hearing.

Befor closing I will ask you once more to please give Aaron Olson a fighting chance and give him an honest attorney.

Thank You ,

Michelle L. Stanislawski

2

Michelle L. Stanislawski
P.O. Box 335
Nora Springs, IA 50458-0335

52401#2101

Honorable C.J. Williams
District Court
111 7th Ave. SE
Cedar, Rapids, IA -
52406