DATE: August 26, 2020

TO:     CLERK, USCA
FROM: Paul Coberly, Deputy Clerk
        USDC Northern District of Iowa

**APPEAL NO.:** 20-2608
**DISTRICT COURT NO.:** 6:19-cr-2029-CJW-MAR

**TRANSMITTED HEREWITH:**

    Original File:

    Designated Clerk's Record:

    Depositions:

| | | |
|---|---|---|
| X | Transcripts: | Detention |
| | | Motion to suppress |
| | | Change of plea |
| | | Sentencing |
| | | |
| X | PSIR: | 3 copies of draft and final |
| | | |
| X | Sealed documents: | Criminal cover sheet (doc. 1) |
| | | Arrest warrant (doc. 3) |
| | | Financial affidavit (doc. 11) |
| | | Pre-trial services report (doc. 14) |
| | | Motion to suppress (doc. 24) |
| | | Response to motion to suppress (doc. 26) |
| | | Motion for subpoena (doc. 35) |
| | | Order granting motion for subpoena (doc. 36) |
| | | Report and recommendation re motion to suppress (doc. 46) |
| | | Proof of service (doc. 47) |
| | | Criminal cover sheet (doc. 48) |
| | | Transcript redaction request (doc. 54) |
| | | Motions for subpoenas (docs. 56-64) |
| | | Orders for subpoenas (doc. 65-73) |
| | | Motion for subpoena (doc. 74) |
| | | Order for subpoena (doc. 77) |
| | | Proofs of service (doc. 80-84) |
| | | Motion for subpoena (doc. 85) |
| | | Order for subpoena (doc. 86) |
| | | Proof of service (doc. 87) |
| | | Motion for subpoena (doc. 89) |
| | | Order for subpoena (doc. 91) |
| | | Motion in limine (doc. 94) |
| | | Proofs of service (doc. 105-106) |
| | | Proofs of service (doc. 108-109) |
| | | Offense conduct statement (doc. 113) |
| | | Objection to PSIR by plaintiff (doc. 115) |
| | | Pro se motion to discharge counsel (doc. 116) |
| | | Pro se motion to discharge counsel (doc. 123) |
| | | Minute entry re motion to discharge counsel (doc. 125) |
| | | Order re CJA appointment (doc. 126) |
| | | Motion to extend deadline for filing objections to PSIR (doc. 129) |

|   |                  |                                                                                                                 |
|---|------------------|-----------------------------------------------------------------------------------------------------------------|
|   |                  | Order re filing of status report (doc. 133)                                                                     |
|   |                  | Status report from CJA counsel (docs. 134-135)                                                                  |
|   |                  | Objection to PSIR by defendant (doc. 136)                                                                       |
|   |                  | Order denying motion to discharge counsel (doc. 137)                                                            |
|   |                  | Correspondence from defendant (doc. 141)                                                                        |
|   |                  | Sentencing memorandum by plaintiff (doc. 148)                                                                   |
|   |                  | Statement of reasons (doc. 154)                                                                                 |
| X | Sealed Exhibits: | Government Exhibit 1 from plea hearing (doc. 107)                                                               |
| X | Other:           | CD of exhibits:<br>• Motion to suppress<br>  o Sealed Gov. Ex. 6 and Sealed Def. Ex. B<br>• Motion in limine<br>  o Sealed Def. Ex. A |

**COMMENTS:**

These documents have been re-printed for appeal purposes and do not need to be returned to the district court.